Stephanie L. Ross, SBN 297840
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCCentral@HubsLaw.com

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| Martin Vogel, | Case No. 8:15-cv-01394-AG-DFM |
|---|---|
| Plaintiff, | |
| vs. | **Request for Leave to Appear Telephonically** |
| Alata, Inc., | Date:  October 5, 2015 |
| Defendants. | Time:  9:00 am |
| | Room: 10D |
| | **Honorable Andrew J. Guilford** |

PLEASE TAKE NOTICE that Plaintiff's counsel hereby requests leave to appear by telephone at the Scheduling Conference currently set for October 5, 2015, as Plaintiff's counsel practices in Chico, California, well outside of Los Angeles county.

Dated: September 28, 2015     DISABLED ADVOCACY GROUP, APLC

　　　　　　　　　　　　　　　　 */s/ Stephanie L. Ross*
　　　　　　　　　　　　　　　　 STEPHANIE L. ROSS
　　　　　　　　　　　　　　　　 Attorney for Plaintiff Martin Vogel