THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Vogel,<br><br>        Plaintiff,<br><br>    vs.<br><br>Alata, Inc.,<br><br>        Defendants. | Case No. 8:15-cv-01394-AG-DFM<br><br>**Order re: Request for Leave to Appear Telephonically**<br><br>Date:   October 5, 2015<br>Time:   9:00 am<br>Room:  10D<br><br>**Honorable Andrew J. Guilford** |

IT IS HEREBY ORDERED that plaintiff may appear telephonically at the October 5, 2015 Scheduling Conference. Plaintiff's counsel must provide the Court with a direct dial phone number where counsel can be reached.

Dated: September 29, 2015

_____
District Judge Andrew J. Guilford

*Martin Vogel v. Alata, Inc.*                                       Case No. 8:15-cv-01394-AG-DFM
Order re: Request for Leave to Appear Telephonically

- 1 -